**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL CASE NO. 3:16-cv-00187-MR**
**(CRIMINAL CASE NO. 3:07-cr-00243-MR-1)**

| | |
|---|---|
| **JAMARCUS ANTONIO HUNTLEY,** )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>Respondent. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on the Order granting Petitioner's Motion to Vacate [Doc. 1] and ordering him to be resentenced.

**IT IS, THEREFORE, ORDERED** as follows:

(1) The United States Marshal shall have Petitioner present in Charlotte, North Carolina, for resentencing on or after August 1, 2016;

(2) The Clerk of Court shall calendar this matter for that term;

(3) The Federal Defender shall provide counsel to Petitioner for resentencing; and

(4) The United States Probation Office shall provide a supplemental presentence report.

The Clerk is directed to provide notification and/or copies of this Order to the United States Attorney, the Federal Defenders, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: June 7, 2016

Martin Reidinger
United States District Judge