IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Criminal File No. 3:07-cr-243-MR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| JAMARCUS ANTONIO HUNTLEY ) | |
| ) | |

**THIS MATTER** is before the Court on the parties' "Joint Motion for Time Served Sentence." [Doc. 38].

The Court having determined that the Defendant has been returned to this District, for the reasons stated in the parties' joint motion:

**IT IS THEREFORE ORDERED** that the Joint Motion [Doc. 38] is **GRANTED**. The Clerk is directed to prepare an Amended Judgment imposing a sentence of Time Served and imposing a term of Supervised Release of 3 years. All other terms and conditions of the Defendant's original Judgment are to remain in effect.

**IT IS SO ORDERED.**

Signed: August 1, 2016

Martin Reidinger
United States District Judge